```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1**(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
CALIBER HOME LOANS, INC.
R.A. LEBRON, ESQ.
593VPK
bankruptcy@feinsuch.com

**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br><br> CYDE N. ARCANO <br><br> Debtor(s). | Case No.: 19-21297 ABA <br><br> Hearing Date: October 8, 2019 <br><br> Judge: Hon. Andrew B. Altenburg, Jr. <br><br> Chapter: 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, CALIBER HOME LOANS, INC., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

10 STEVENS COURT, SOMERDALE, NJ 08083.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Cyde N. Arcano  
    Debtor

Case No. 19-21297-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin     Page 1 of 1     Date Rcvd: Oct 08, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db         +Cyde N. Arcano,    10 Stevens Court,    Somerdale, NJ 08083-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lee Martin Perlman    on behalf of Debtor Cyde N. Arcano ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com  
         R. A. Lebron    on behalf of Creditor     CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 7