# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                              Case No.:  19−21297−ABA
                                              Chapter:  13
                                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cyde N. Arcano
   10 Stevens Court
   Somerdale, NJ 08083

Social Security No.:
   xxx−xx−6294

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: bc

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-21297-ABA
Cyde N. Arcano                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Cyde N. Arcano,    10 Stevens Court,    Somerdale, NJ 08083-3006
518300878      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518285890      +Coopertowne Village HOA,    Mem Property Management,    65 Challenger Road,
                 Ridgefield Park, NJ 07660-2103
518356930      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518285893      +Waypoint Resource Grou,    301 Sundance Pkwy,    Round Rock, TX 78681-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518285888      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 16 2019 01:27:27     Caliber Home Loans,
                 Attn: Cash Operations,    Po Box 24330,   Oklahoma City, OK 73124-0330
518396497      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 16 2019 01:27:27     Caliber Home Loans, Inc,
                 13801 Wireless Way,    Oklahoma City  OK 73134-2500
518285889      +EDI: COMCASTCBLCENT Nov 16 2019 05:53:00      Comcast,   401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2600
518323846      +EDI: STF1.COM Nov 16 2019 05:53:00      SunTrust Bank,   Attn: Support Services,   PO Box 85092,
                 Richmond, VA 23285-5092
518285891      +EDI: STF1.COM Nov 16 2019 05:53:00      Suntrust Bk Augusta Na,   Attn: Bankruptcy,
                 Mail Code VA-RVW-6290 PO Box 85092,    Richmond, VA 23285-5092
518285892       EDI: TFSR.COM Nov 16 2019 05:53:00      Toyota Financial Services,   Attn: Bankruptcy Dept,
                 Po Box 8026,   Cedar Rapids, IA 52409
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Cyde N. Arcano ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```